## Young *v.* Malone, Appellant.

*Mortgage—Foreclosure—Parties—Guardian and ward—Continuance of suit.*

Where a mortgage to a guardian of minor children is made payable when the children come of age, and foreclosure suit is brought by the guardian, the defendant cannot allege as a ground for continuance when the case is called for trial, that the minors had become of age, and that the right of action was in them.

Argued April 22, 1907. Appeal, No. 132, Jan. T., 1906, by defendants, from order of C. P. Blair Co., Oct. T., 1903, No. 617, refusing a continuance in case of M. A. Young, Guardian of James P. Malone et al., v. C. B. Malone et al. Before FELL, BROWN, POTTER, ELKIN and STEWART, JJ. Affirmed.

Scire facias sur mortgage.
The opinion of the Supreme Court states the case.
Verdict and judgment for plaintiff. Defendant appealed.

*Error assigned* amongst others was refusal of continuance.

*Harry A. McFadden*, for appellants.

*Thomas H. Greevy*, with him *F. G. Patterson*, and *E. G. Brotherlin*, for appellee.

PER CURIAM, May 13, 1907:
The mortgage on which suit was brought was made to the plaintiff as guardian of minor children named in it and was payable when they became of age. The defense which it was attempted to set up was that the persons named as minors had become of age and that the right of action was in them. When the case was called for trial the defendants moved for a continuance on this ground. The overruling of the motion is assigned for error. The pleadings showed prima facie a right of action in the plaintiff and this right could not be questioned by a motion for a continuance. There is no merit in any of the assignments of error.

The judgment is affirmed.